IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-4023-01-CR-C-SOW |
| ) | |
| MISAEL JIMENEZ-RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before this Court is the Report and Recommendation (Doc. # 10) of United States Magistrate Judge William A. Knox regarding defendant Misael Jimenez-Rodriguez's entry of a plea of guilty. On May 29, 2008, the defendant, by consent, appeared before U.S. Magistrate Judge William A. Knox and entered a plea of guilty to Count 1 of the indictment filed on May 2, 2008. After cautioning and examining the defendant, under oath, concerning each of the subjects mentioned in Rule 11, it was determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the indictment and that the offense to which the defendant has plead guilty is supported by a factual basis for each of the essential elements of the offense.

Accordingly, pursuant to the Report and Recommendation submitted, it is hereby

ORDERED that defendant Misael Jimenez-Rodriguez's plea of guilty is hereby accepted. It is further

ORDERED that defendant Jimenez-Rodriguez be adjudged guilty and have sentence imposed accordingly.

                                        ___/s/ Scott O. Wright_____
                                        SCOTT O. WRIGHT
                                        Senior United States District Judge

Dated: __6/3/2008_____